```
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF MISSOURI
                       EASTERN DIVISION


BRENDA MULHOLLAND,                )
                                  )
          Plaintiff,              )
                                  )
     vs.                          )    Case No. 4:09CV1234-DJS
                                  )
MASTERCARD INTERNATIONAL,         )
LLC,                              )
                                  )
          Defendant.              )
```

### JUDGMENT

Pursuant to the Court's order entered herein this day,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that judgment is entered in favor of defendant Mastercard International, LLC, and against plaintiff Brenda Mulholland, on all claims asserted against defendant in plaintiff's petition.

Dated this ___16th___ day of October, 2009.

                              /s/Donald J. Stohr
                              UNITED STATES DISTRICT JUDGE